# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133322

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY DEWITT DOXEY, JR.,
      Defendant-Appellant.

SC: 133322
COA: 274643
Muskegon CC: 02-048014-FH

_____/

      On order of the Court, the application for leave to appeal the December 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would remand this case for an evidentiary hearing.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

_____
Clerk

p0711